B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re EDWIN F GUZMAN ,                                   Case No. 18-25743

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | HomeBridge Financial Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC  29603-0675

Court Claim # (if known): 9
Amount of Claim: $292,928.47
Date Claim Filed: 10/15/2018

Phone: (800)365-7107
Last Four Digits of Acct #: 4500

Phone: 855-248-0530
Last Four Digits of Acct. #: 6200

Name and Address where transferee payments should be sent (if different from above):

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603-0675

Phone: (800)365-7107
Last Four Digits of Acct #: 4500

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashish Rawat                               Date: 11/26/2018
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.