UNITED STATES BANKRUPTCY COURT
District Of New Jersey

| | |
|---|---|
| IN RE: | § |
| | § |
| EDWIN F GUZMAN | § CASE NO. 18-25743 |
| DEBTOR(S) | § CHAPTER 13 |
| | § |
| | § |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**(DOCKET NO.** 22, **CLAIM NO**. 9**)**

COMES NOW, AIS Portfolio Services, LP, as authorized agent for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, files this Notice of Withdrawal of the Transfer of Claim, filed in the above-styled and numbered case on November 26, 2018, docket #22.

Respectfully Submitted by
/s/ Ashish Rawat
AIS Portfolio Services, LP.
Authorized Agent for Shellpoint Mortgage Servicing