| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-25743 / CMG**

Edwin F Guzman

Petition Filed Date: 08/06/2018
341 Hearing Date: 09/13/2018
Confirmation Date: 10/17/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2018 | $495.00 | 51852520 | 10/04/2018 | $495.00 | 52885780 | 11/01/2018 | $495.00 | 53553850 |
| 11/30/2018 | $495.00 | 54263940 | 12/31/2018 | $495.00 | 54994170 | | | |

**Total Receipts for the Period:  $2,475.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,475.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Edwin F Guzman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JUSTIN M GILLMAN, ESQ<br>»»  ATTY DISCL | Attorney Fees | $1,662.00 | $1,662.00 | $0.00 |
| 1 | Discover Financial | Unsecured Creditors | $2,315.57 | $0.00 | $2,315.57 |
| 2 | OneMain | Unsecured Creditors | $3,707.76 | $0.00 | $3,707.76 |
| 3 | THE PORT AUTHORITY OF NY AND NJ | Unsecured Creditors | $8,300.00 | $0.00 | $8,300.00 |
| 4 | APEX TECH SCHOOL | Unsecured Creditors | $2,374.02 | $0.00 | $2,374.02 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,528.61 | $0.00 | $1,528.61 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY | Debt Secured by Vehicle | $906.00 | $0.00 | $906.00 |
| 7 | LVNV FUNDING LLC | Unsecured Creditors | $10,740.89 | $0.00 | $10,740.89 |
| 8 | NJ DIVISION OF TAXATION<br>»»  EST TAXES- ON HOLD | Unsecured Creditors<br>Hold Funds: Estimated | $2,794.16 | $0.00 | $2,794.16 |
| 9 | NEW PENN FINANCIAL LLC<br>»»  P/208 GROVE ST/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $22,556.19 | $0.00 | $22,556.19 |
| 10 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 CAMRY/ORDER 12/13/18 | Debt Secured by Vehicle | $531.00 | $181.88 | $349.12 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,475.00 | Plan Balance: | $27,815.00 ** |
| Paid to Claims: | $1,843.88 | Current Monthly Payment: | $495.00 |
| Paid to Trustee: | $170.77 | Arrearages: | $0.00 |
| Funds on Hand: | $460.35 | Total Plan Base: | $30,290.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**