UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Edwin Guzman

Case No.: _____18-25743_____

Chapter: _____13_____

Hearing Date: _____9/18/19_____

Judge: _____CMG_____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Debtor's Motion to Modify the Claim of NJ Division of Taxation - COTBS

_____

Date: 9/17/2019

/s/ Justin M. Gillman
Signature

*rev.8/1/15*