**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.**

In Re:

Edwin F. Guzman

    Debtor(s)

Order Filed on September 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-25743-CMG

Judge:    Christine M. Gravelle, USBJ

Chapter:   13

Hearing Date:  9/18/2019

## ORDER ALLOWING THE AMENDED CLAIM OF THE NEW JERSEY DIVISION OF TAXATION (CLAIM NO. 8-2)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

ORDERED.

**DATED: September 30, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

-1-

In re:  Guzman
Case No: 18-25743-CMG

---

THIS MATTER having come before the Court by way of the Debtor's Motion to Modify the Claim of the State of New Jersey Division of Taxation ("NJDOT") (Claim No. 8); Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. That the Debtor is held to be current in filing of all required tax returns through the tax year 2018.

2. That the general unsecured claim of the NDJOT (Claim No. 8-2) shall be allowed as follows:

    a. As to 2010, $0.00

    b. As to 2011, $0.00

    c. As to 2012, $0.00

    d. As to 2013, $0.00

    e. As to 2014, $41.92

3. That the general unsecured claim of the NJDOT in the amount of $41.92 shall be scheduled as a general unsecured claim to be paid pro rata in accordance with the Debtor's confirmed plan.

2