---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Gillman, Bruton & Capone, LLC**
**770 Amboy Avenue**
**Edison, New Jersey 08837**
**(732) 661-1664**
**Attorney for Debtors**
**By: Justin M. Gillman, Esq.**

In Re:

Edwin F. Guzman

      Debtor(s)

---

Order Filed on September 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-25743-CMG

Judge:  Christine M. Gravelle, USBJ

Chapter:  13

Hearing Date:  9/18/2019

## ORDER ALLOWING THE AMENDED CLAIM OF THE NEW JERSEY DIVISION OF TAXATION (CLAIM NO. 8-2)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 30, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

-1-

THIS MATTER having come before the Court by way of the Debtor's Motion to Modify the Claim of the State of New Jersey Division of Taxation ("NJDOT") (Claim No. 8); Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. That the Debtor is held to be current in filing of all required tax returns through the tax year 2018.

2. That the general unsecured claim of the NDJOT (Claim No. 8-2) shall be allowed as follows:

   a. As to 2010, $0.00

   b. As to 2011, $0.00

   c. As to 2012, $0.00

   d. As to 2013, $0.00

   e. As to 2014, $41.92

3. That the general unsecured claim of the NJDOT in the amount of $41.92 shall be scheduled as a general unsecured claim to be paid pro rata in accordance with the Debtor's confirmed plan.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Edwin F Guzman  
      Debtor

Case No. 18-25743-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Sep 30, 2019  
                 Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
db           +Edwin F Guzman,   208 Grove Street,   North Plainfield, NJ 07060-4743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation    dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Justin M Gillman    on behalf of Debtor Edwin F Guzman ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com  
        Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation    rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                           TOTAL: 6