| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-25743 / CMG**

Edwin F Guzman

Petition Filed Date: 08/06/2018
341 Hearing Date: 09/13/2018
Confirmation Date: 10/17/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/07/2019 | $495.00 | 56046260 | 03/01/2019 | $495.00 | 56607260 | 04/04/2019 | $495.00 | 57592120 |
| 05/02/2019 | $495.00 | 58285100 | 05/31/2019 | $495.00 | 58977710 | 07/03/2019 | $495.00 | 59909750 |
| 08/08/2019 | $495.00 | 60801730 | 09/09/2019 | $495.00 | 61534950 | 10/03/2019 | $495.00 | 62266260 |
| 11/04/2019 | $495.00 | 62978550 | 11/07/2019 | ($495.00) | 62978550 | 11/21/2019 | $513.00 | |
| 12/23/2019 | $513.00 | | | | | | | |

**Total Receipts for the Period: $5,481.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,469.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Edwin F Guzman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ATTY DISCL | Attorney Fees | $1,662.00 | $1,662.00 | $0.00 |
| 1 | Discover Financial | Unsecured Creditors | $2,315.57 | $0.00 | $2,315.57 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $3,707.76 | $0.00 | $3,707.76 |
| 3 | THE PORT AUTHORITY OF NY AND NJ | Unsecured Creditors | $8,300.00 | $0.00 | $8,300.00 |
| 4 | APEX TECH SCHOOL<br>»»  DC-003181-06/LIEN VOIDED | Unsecured Creditors | $2,374.02 | $0.00 | $2,374.02 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,528.61 | $0.00 | $1,528.61 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY | Debt Secured by Vehicle | $906.00 | $168.55 | $737.45 |
| 7 | LVNV FUNDING LLC<br>»»  GOLDEN CAPS TRUST | Unsecured Creditors | $10,740.89 | $0.00 | $10,740.89 |
| 8 | NJ DIVISION OF TAXATION<br>»»  TGI 2014 | Unsecured Creditors | $41.92 | $0.00 | $41.92 |
| 9 | NEW PENN FINANCIAL LLC<br>»»  P/208 GROVE ST/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $22,556.19 | $4,196.35 | $18,359.84 |
| 10 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 CAMRY/ORDER 12/13/18 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ORDER 10/2/19 | Attorney Fees | $900.00 | $900.00 | $0.00 |

**Chapter 13 Case No. 18-25743 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,469.00 | Plan Balance: | $22,821.00 ** |
| Paid to Claims: | $7,457.90 | Current Monthly Payment: | $513.00 |
| Paid to Trustee: | $535.04 | Arrearages: | $513.00 |
| Funds on Hand: | $476.06 | Total Plan Base: | $31,290.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.