**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edwin F Guzman | Social Security number or ITIN   xxx–xx–6779 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–25743–CMG | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edwin F Guzman

1/22/21                                                                                 **By the court:**   Christine M. Gravelle
                                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Edwin F Guzman  
    Debtor

Case No. 18-25743-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 22, 2021      Form ID: 318      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin F Guzman, 208 Grove Street, North Plainfield, NJ 07060-4743 |
| 517688025 | + | Apex Tech School, 525 Ave. of Americas, New York, NY 10011-8413 |
| 517688041 | | Apex Tech School, Morgan, Bornstein, & Morgan, 1236 Brace Rd., Suite K, Cherry Hill, NJ 08034-3269 |
| 517688031 | + | Comenitycapital/c21, Po Box 182120, Columbus, OH 43218-2120 |
| 517688030 | + | Comenitycapital/c21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517688034 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517688035 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517688040 | + | McCabe, Weisberg & Conway, PC, 216 Haddon Ave., Suite 201, Collingswood, NJ 08108-2818 |
| 517938162 | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885297 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885298 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675 Greenville, SC 29603-0675 |
| 517688048 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas, Suite 1800, New York, NY 10018-5515 |
| 517688049 | + | Port Authority of New York & New Jersey, 4 World Trade Center, 150 Greenwich Street, New York, NY 10007-2366 |
| 517688050 | + | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 517811932 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-045 |
| 517688051 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 517743215 | | The Port Authority of New York and New Jersey, 4 WTC, 150 Greenwich St, 24th Floor, New York, NY 10007 |
| 517782416 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517688056 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2021 22:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2021 22:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517688019 | + | Email/Text: backoffice@affirm.com | Jan 22 2021 22:13:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 517688020 | + | Email/Text: backoffice@affirm.com | Jan 22 2021 22:13:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 517688023 | + | EDI: AMEREXPR.COM | Jan 23 2021 02:28:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517688021 | + | EDI: AMEREXPR.COM | Jan 23 2021 02:28:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517688028 | | EDI: CAPITALONE.COM | Jan 23 2021 02:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517688026 | + | EDI: CAPITALONE.COM | | |

| | | | |
|---|---|---|---|
| 517773160 | EDI: CAPITALONE.COM | Jan 23 2021 02:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| | | Jan 23 2021 02:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519028742 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2021 22:22:37 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517688033 | EDI: DISCOVER.COM | Jan 23 2021 02:28:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517696148 | EDI: DISCOVER.COM | Jan 23 2021 02:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517688032 | + EDI: DISCOVER.COM | Jan 23 2021 02:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517688036 | + Email/Text: Bankruptcy@homebridge.com | Jan 22 2021 22:13:00 | Homebridge Financial I, 112 Townpark Dr Nw Ste 3, Kennesaw, GA 30144-3754 |
| 517813679 | + Email/Text: Bankruptcy@homebridge.com | Jan 22 2021 22:13:00 | Homebridge Financial Services, Inc., 112 Town Park Drive, Suite 300, Kennesaw, GA 30144-3754 |
| 517688037 | EDI: IRS.COM | Jan 23 2021 02:28:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517806321 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 22:22:52 | LVNV Funding, LLC its successors and assigns as, assignee of Golden Caps Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517688038 | + Email/Text: bk@lendingclub.com | Jan 22 2021 22:12:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517688042 | + Email/Text: Jerry.Bogar@conduent.com | Jan 22 2021 22:13:00 | New Jersey E-ZPass, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 517724065 | + EDI: AGFINANCE.COM | Jan 23 2021 02:28:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517688043 | + EDI: AGFINANCE.COM | Jan 23 2021 02:28:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 517688046 | + EDI: AGFINANCE.COM | Jan 23 2021 02:28:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 517688045 | + EDI: AGFINANCE.COM | Jan 23 2021 02:28:00 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 518143363 | EDI: PRA.COM | Jan 23 2021 02:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518143364 | EDI: PRA.COM | Jan 23 2021 02:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517688052 | EDI: TFSR.COM | Jan 23 2021 02:28:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517688054 | EDI: TFSR.COM | Jan 23 2021 02:28:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52409 |
| 517688053 | + EDI: TFSR.COM | Jan 23 2021 02:28:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517688055 | + EDI: TFSR.COM | Jan 23 2021 02:28:00 | Toyota Mtr, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517688057 | + EDI: VERIZONCOMB.COM | Jan 23 2021 02:28:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 517688058 | + EDI: VERIZONCOMB.COM | Jan 23 2021 02:28:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517938163 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint |
| 517688024 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517688022 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517688029 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517688027 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517688039 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 519028743 | *+ | New Jersey E-Zpass, PO box 4971, Trenton NJ 08650-4971 |
| 517688044 | *+ | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 517688047 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519028744 | *+ | Port Authority of New York & New Jersey, 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2366 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Edwin F Guzman ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7